UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

REGINALD MIMMS,

                Plaintiff,

- against -

MS. JESSE ANDERSON, MR. K. PAGE, MS. K.
SMALL, CAPTAIN PENNICK, OFFICER C.
MARSHALL, D. GONZALEZ, RAMCHARAN,
MS. HAMILTON, DR. ITTAYEM, A.W. CARR
and CAPTAIN HESS,

                Defendants.
----------------------------------------------------------X

**ORDER**
**09 CV 5740 (NGG)(LB)**

**BLOOM, United States Magistrate Judge:**

By letter dated July 26, 2010, plaintiff responds to defendants' request for an extension of time to serve their motion to dismiss and requests that the Court hold defendants in default. See Docket Entry 30. On June 30, 2010 the Court set the briefing schedule for defendants' motion to dismiss. See Docket Entry 27. Defendants requested additional time to serve their motion and the Court granted defendants' request. See Docket Entries 28 and 29. The Court notes plaintiff's objection, however, plaintiff's motion for a default judgment is denied as the Court has already granted defendants an extension of time to serve their motion. Plaintiff shall serve his opposition to the motion on defendants' counsel by October 12, 2010. If plaintiff requires more time, he must request an extension. Plaintiff should refer to the Pro Se Manual and may contact the Pro Se Office at (718) 613-2665 for information regarding how to oppose a motion.

SO ORDERED.

                /S/
                _____
                LOIS BLOOM
                United States Magistrate Judge

Dated: August 10, 2010
       Brooklyn, New York